PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jamar Hansford**                                    Docket No. **07-CR-000523**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Stephanie Ferruggia**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jamar Hansford**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz, U.S. Magistrate Judge,** sitting in the Court at Newark, New Jersey, on July 10, 2007, under the following conditions:

**Pretrial Services Supervision, Reside with third party custodians, Travel restricted to New Jersey, Do not possess or obtain passport, Maintain or actively seek employment, Refrain from possessing firearm, Refrain from excessive use of alcohol, Drug testing and treatment as deemed appropriate by Pretrial Services, and Report any law enforcement contact, including but not limited to any arrest, questioning, or traffic stop.**

Defendant appeared before U.S. District Judge Susan D. Wigenton on December 18, 2007 and bail was continued as previously set.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **that Third Party Custodians, Cheryl and Gary Williams, be removed from the bond and Rachel, Louise, and William Carver be added as Third Party Custodians and sign the bond by March 28, 2008. In addition, it is requested that the defendant's residence be approved by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 20th day of March, 2008 and ordered filed and made a part of the records in the above case. | Executed on _____ |
| _____<br>Honorable Susan D. Wigenton<br>U.S. District Judge | _____<br>Stephanie Ferruggia<br>U.S. Pretrial Services Officer |