# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jamar Hansford**                              Docket No. **07-CR-000523**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jonathan Muller**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jamar Hansford**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz, U.S. Magistrate Judge,** sitting in the Court at Newark, New Jersey, on July 10, 2007, under the following bail and conditions:

Released on a $150,000 unsecured appearance bond. This bond was co-signed by one individual and two third party custodians were also appointed. Additionally, the following special conditions were imposed: Pretrial Services supervision; reside with third party custodians; travel restricted to New Jersey; do not possess or obtain passport; maintain or actively seek employment; refrain from possessing firearm; refrain from excessive use of alcohol, drug testing and treatment as deemed appropriate by Pretrial Services and report any law enforcement contact, including but not limited to any arrest, questioning, or traffic stop.

On December 18, 2007, the defendant appeared before Your Honor and pled guilty to a criminal information. The defendant was subsequently sentenced on May 12, 2008 to 57 months incarceration, 36 months supervised release, and a voluntary surrender date of July 14, 2008.

Respectfully presenting petition for action of Court and for cause as follows:
See addendum

PRAYING THAT THE COURT WILL ORDER **the defendant to surrender to his designated BOP facility on Friday June 20, 2008 by 12:00 noon.**

ORDER OF COURT

Considered and ordered this 18th day of June, 2008 and ordered filed and made a part of the records in the above case.

Honorable Susan D. Wigenton
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/17/08

Jonathan Muller
U.S. Pretrial Services Officer